# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No: **10-10558-WGY**

**MARK A. POMPEO**
Plaintiff

v.

**RAYMOND JAMES FINANCIAL SERVICES, INC**
Defendant

# ORDER

**YOUNG, D.J.**

The motion to transfer the case is allowed. It is hereby ordered transferred to the United States District Court for the Middle District of Florida..

By the Court,

/s/ Elizabeth Smith
**Deputy Clerk**

**May 19, 2010**

**To: All Counsel**